FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
10/7/2015 11:02:19 AM
LISA MATZ
Clerk

October 7, 2015

Ms. Lisa Matz
Fifth Court of Appeals
600 Commerce Street, Suite 200
Dallas, Texas 75202

    Re:   Trial Court Cause No. DC-14-04671
          Court of Appeals No. 05-15-01183-CV

Style:  L. Johnson vs Texas Workforce Commission, Friedman &
         Feiger, LLP, and Oasis Outsourcing Inc., III

Dear Ms. Matz:

    No letter of designation has been sent requesting a
reporter's record in the above-entitled case.

    Thank you very much.

Sincerely,

Melba D. Wright
Official Court Reporter
191st Judicial District Court
Dallas County, Texas

(214) 653-7146

wrightmelba@msn.com



**Fifth Court of Appeals**
600 Commerce Street, Suite 200
Dallas, Texas 75202

September 25, 2015

RE: Case No. 05-15-01183-CV

Style: L. Johnson
v. Texas Workforce Commission, Friedman & Feiger, LLP, and Oasis Outsourcing Inc. III

The Court today filed appellant's notice of appeal in the above referenced cause. The 5th Court of Appeals follows the Standards of Conduct adopted by Texas Supreme Court and Court of Criminal Appeals order.

Trial Court Case No. DC-14-04671                                      Lisa Matz, Clerk

L. JOHNSON
2605 NO. MASTERS DRIVE
DALLAS, TX 214
* DELIVERED VIA E-MAIL *



**Fifth Court of Appeals**
600 Commerce Street, Suite 200
Dallas, Texas 75202

September 25, 2015

RE: Case No. 05-15-01183-CV

Style: L. Johnson
v. Texas Workforce Commission, Friedman & Feiger, LLP, and Oasis Outsourcing Inc. III

The Court today filed appellant's notice of appeal in the above referenced cause. The 5th Court of Appeals follows the Standards of Conduct adopted by Texas Supreme Court and Court of Criminal Appeals order.

Trial Court Case No. DC-14-04671                                      Lisa Matz, Clerk

JASON FRIEDMAN
FRIEDMAN & FEIGER, LLP
5301 SPRING VALLEY RD STE 200
DALLAS, TX 75254-2488
* DELIVERED VIA E-MAIL *

FILE COPY



**Fifth Court of Appeals**
600 Commerce Street, Suite 200
Dallas, Texas 75202

September 25, 2015

RE: Case No. 05-15-01183-CV

Style: L. Johnson
v. Texas Workforce Commission, Friedman & Feiger, LLP, and Oasis Outsourcing Inc. III

The Court today filed appellant's notice of appeal in the above referenced cause. The 5th Court of Appeals follows the Standards of Conduct adopted by Texas Supreme Court and Court of Criminal Appeals order.

Trial Court Case No. DC-14-04671      Lisa Matz, Clerk

ALISON ANDREWS
OFFICE OF THE ATTORNEY GENERAL
FINANCIAL LITIGATION, TAX, AND CHARITABLE TRUSTS DIVISION
PO BOX 12548
AUSTIN, TX 78711-2458
* DELIVERED VIA E-MAIL *



**Fifth Court of Appeals**
600 Commerce Street, Suite 200
Dallas, Texas 75202

September 25, 2015

RE: Case No. 05-15-01183-CV

Style: L. Johnson
v. Texas Workforce Commission, Friedman & Feiger, LLP, and Oasis Outsourcing Inc. III

The Court today filed appellant's notice of appeal in the above referenced cause. The 5th Court of Appeals follows the Standards of Conduct adopted by Texas Supreme Court and Court of Criminal Appeals order.

Trial Court Case No. DC-14-04671      Lisa Matz, Clerk

MELBA WRIGHT
191ST JUDICIAL DISTRICT COURT
GEORGE ALLEN SR. COURTS BUILDING
600 COMMERCE ST.
DALLAS, TX 75202
* DELIVERED VIA E-MAIL *

 **Fifth Court of Appeals**
600 Commerce Street, Suite 200
Dallas, Texas 75202

September 25, 2015

RE: Case No. 05-15-01183-CV

Style: L. Johnson
v. Texas Workforce Commission, Friedman & Feiger, LLP, and Oasis Outsourcing Inc. III

The Court today filed appellant's notice of appeal in the above referenced cause. The 5th Court of Appeals follows the Standards of Conduct adopted by Texas Supreme Court and Court of Criminal Appeals order.

Trial Court Case No. DC-14-04671                                                    Lisa Matz, Clerk

FELICIA PITRE
DALLAS COUNTY DISTRICT CLERK
GEORGE ALLEN SR. COURTS BUILDING
600 COMMERCE STREET, 1ST FLOOR
DALLAS, TX 75202
* DELIVERED VIA E-MAIL *

 **Fifth Court of Appeals**
600 Commerce Street, Suite 200
Dallas, Texas 75202

September 25, 2015

RE: Case No. 05-15-01183-CV

Style: L. Johnson
v. Texas Workforce Commission, Friedman & Feiger, LLP, and Oasis Outsourcing Inc. III

The Court today filed appellant's notice of appeal in the above referenced cause. The 5th Court of Appeals follows the Standards of Conduct adopted by Texas Supreme Court and Court of Criminal Appeals order.

Trial Court Case No. DC-14-04671                                                    Lisa Matz, Clerk

FELICIA PITRE
DALLAS COUNTY DISTRICT CLERK
GEORGE ALLEN SR. COURTS BUILDING
600 COMMERCE STREET, 1ST FLOOR
DALLAS, TX 75202
* DELIVERED VIA E-MAIL *

 **Fifth Court of Appeals**
600 Commerce Street, Suite 200
Dallas, Texas 75202

September 25, 2015

RE:   Case No. 05-15-01183-CV

Style: L. Johnson
   v.   Texas Workforce Commission, Friedman & Feiger, LLP, and Oasis Outsourcing Inc. III

      The Court today filed appellant's notice of appeal in the above referenced cause. The 5th Court of Appeals follows the Standards of Conduct adopted by Texas Supreme Court and Court of Criminal Appeals order.

Trial Court Case No. DC-14-04671                      Lisa Matz, Clerk

DESIREE BRUTOCAO
CORNELL SMITH MIERL & BRUTOCAO LLP
1607 WEST AVENUE
AUSTIN, TX 78701
* DELIVERED VIA E-MAIL *